IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VALERIE A. WILLIAMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-140
)
THE MAYOR AND COUNCILMEN OF THE )
CITY OF PEMBROKE, a/k/a City of )
Pembroke; and MARK CROWE, )
individually and in his official )
capacity as Chief of the )
Pembroke Police Department; )
)
    Defendants. )
)

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a claim by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, the claims against Defendant Mark Crowe, in his individual capacity and as Chief of the Pembroke Police Department, are **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to **TERMINATE** Defendant Mark Crowe as a party in this case.

SO ORDERED this 31ST day of March 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA